Calendar Minutes

On <u>GRAND JURY PRESENTMENT</u>

BEFORE MAGISTRATE ___Go___    DATE 1/10/11

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

1. The Grand Jury of ___Special 3-2-09___ handed up

★ JAN 11 2011 ★

___2___ indictment(s) which were ordered filed by the court.
(number)

LONG ISLAND OFFICE

2. ___2___ indictment(s) were ordered sealed by the court.

3. ___17___ arrest warrant(s) were ordered by the court.

The grand jury there upon

___✓___ returned for further deliberations
_____ was dismissed with the thanks of the court

**CR 11 • 0028 COGAN, J.**

**CR 11 • 0029  LEVY, M.J**

**WEXLER, J.**

**LINDSAY, M.J.**

United States Magistrate_____

### Questions to be asked at grand jury presentments:

(1) What is the name of the grand jury in session? __Special 3-2-09__

(2) How many indictments are being handed up? __2__

(3) Indictments to be sealed? Yes __✓__  No_____

(4) Any warrants to be issued? __17__

If so, list names unless sealed.

_____    _____

_____    _____

_____

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 11 2011 ★
LONG ISLAND OFFICE

5) Is the grand jury retiring for further deliberations or have they completed their business?

    Continuing __✓__

    Completed_____